CJR:USAO2010R00187

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2014 AUG 20  A 8: 38 |
| | : | |
| v. | : | CRIMINAL NO. WDQ-~~10-0114~~ |
| | : | 13-0419 |
| | : | (Conspiracy to Distribute and |
| LINCOLN NORMANDO MOQUETE | : | Possess With Intent to |
| | : | Distribute Cocaine, 21 |
| Defendant | : | U.S.C. § 846; Possession With |
| | : | Intent To Distribute Cocaine, |
| | : | 21 U.S.C. § 841(a)(1); 18 |
| | : | U.S.C. § 2, Aiding and |
| | : | Abetting) |
| | : | |

...oOo...

**SECOND SUPERSEDING INDICTMENT**

**COUNT ONE**

The Grand Jury for the District of Maryland charges:

On and between June 2009 and March, 2010, in the State and District of Maryland,

the Southern District of Florida, and elsewhere,

**LINCOLN NORMANDO MOQUETE**

the defendant herein, did knowingly and willfully combine, conspire, confederate and agree with

others known and unknown to the Grand Jury to knowingly, intentionally and unlawfully

distribute and possess with intent to distribute 5 kilograms or more of a quantity of a mixture or

substance containing a detectable amount of cocaine, a Schedule II controlled substance, in

violation of Title 21, United States Code Section 841(a)(1).

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about March 9, 2010, in the State and District of Maryland,

## LINCOLN NORMANDO MOQUETE,

the defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute

5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a

Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

8/19/14
Date